In the Matter of the Application of FRED BONACKER for an Order under Article 78 of the Civil Practice Act against THOMAS S. H. CLARK and Others, Constituting the Common Council of the City of Rensselaer During the Year 1937, and HARVEY C. YOUNGHANS, City Clerk, as Clerk of the Common Council of the City of Rensselaer; BENJAMIN CARSON, Intervenor. THOMAS S. H. CLARK and Others, Appellants; FRED BONACKER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LORETTA MALONEY, Respondent, v. BURLINGAME MOTORS CORPORATION and EDWARD PAGE, Appellants, and NEILE F. TOWNER and Another, as Receivers of the UNITED TRACTION COMPANY, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ANTHONY TORSIELLO, Appellant, v. FRANCIS E. DROHAN and MARIE DROHAN, Respondents.— Decision and order [ante, p. 803] amended to read as follows: Judgment and order reversed, on the facts, and new trial granted, with costs to the appellant to abide the event, unless within twenty days after service of a copy of the order to be entered hereon the defendants stipulate to raise the verdict to the sum of twenty-five hundred dollars, in which event the judgment so increased and the order, are affirmed, without costs, in this court. The defendants to have twenty days from service of a copy of the order to be entered hereon in which to withdraw their stipulation if they so elect. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of Charges against EDWIN J. O'ROURKE, a Patrolman Connected with the First Precinct Police Station of the City of Troy, New York, Appellant. — This is an appeal from an order dated December 21, 1937, made by the deputy and acting commissioner of public safety of the city of Troy, after a trial, dismissing from office appellant, a former patrolman in the police department in the city of Troy. Charges were filed against the appellant which, among other things, alleged that he was intoxicated while on duty. The proof amply sustains this charge. The review by this court is limited to questions of law under Second Class Cities Law, section 138. Order unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.